115 A.3d 309

Joseph P. GUARRASI, J.D., Appellant

v.

Thomas Gary GAMBARDELLA, D.J. District Magistrate, 7–3–01 Individual and Official Capacity and Diane E. Gibbons, J., Common Pleas Court Judge Individual and Official Capacity, Appellees.

Supreme Court of Pennsylvania.

May 26, 2015.

## ORDER

PER CURIAM.

AND NOW, this 26th day of May, 2015, the Order of the Commonwealth Court is hereby **AFFIRMED**. The Application for Leave to Amend Appellees' Brief is **DENIED**.